## IN THE SUPREME COURT OF THE STATE OF NEVADA

EMIL MORNEAULT, RPH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MONICA TRUJILLO, DISTRICT
JUDGE,
Respondents,
 and
PATRICIA ANN ADAMS,
INDIVIDUALLY, IN HER CAPACITY
AS TRUSTEE OF THE STEWART
FAMILY TRUST, DATED JANUARY 31,
2007, IN HER CAPACITY AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF CONNIE STEWART AND IN HER
CAPACITY AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF GARY STEWART; GARY LINCK
STEWART, JR., AN INDIVIDUAL;
MARY KAY FALLON, AN
INDIVIDUAL; ELIZABETH A. HODGE,
AN INDIVIDUAL; AND MINH
NGUYEN, M.D.,
Real Parties in Interest.

No. 83580

FILED

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenged a district court order denying a motion to dismiss claims in a wrongful death action.

Petitioner seeks to "join" a writ petition filed by a codefendant below, Minh Nguyen, in a previously-filed matter, *see* Docket No. 83580,

21-30480

and "incorporate" the facts, issues presented, and arguments made in said petition. Problematically, the relief petitioner seeks is the district court's granting of his motion to dismiss the claims against him, which is not the same relief sought by Nguyen in Docket No. 83580, wherein Nguyen seeks a district court order granting *his* motion to dismiss filed below and the dismissal of the claims against *him*, not the claims against petitioner. We therefore decline to "join" petitioner's writ petition to Nguyen's writ petition in Docket No. 83580.

Further, this court's rules generally do not allow a party to endorse or incorporate by reference an issue raised in briefs filed in another case, *cf.* NRAP 28(e), and petitions for extraordinary relief are required to state the relief sought, issues presented, the facts necessary to understand the issues presented, and the reasons why the writ should issue, including points and legal authorities, *see* NRAP 21(a)(3). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

 

cc:   Hon. Monica Trujillo, District Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Hayes Wakayama
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A